930 A.2d 1252

**John PAYNE, Petitioner,**

**v.**

**David DIGUGLIELMO, Respondent.**

**No. 74 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 7, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of August, 2007, the Application for Leave to File Original process is granted and the Petition for Writ of Habeas Corpus is denied.

930 A.2d 1252

**Edwin DeJESUS, Petitioner,**

**v.**

**Thomas CORBETT, Attorney Gen. for the Commonwealth of Penn.; James T. Wynder, Superintendent of S.C.I.D., Respondents.**

**No. 80 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 7, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of August, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.